**Order entered January 28, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00745-CR

### RABYL RIYAZ NATHOO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82434-2017**

# ORDER

The reporter's record was filed October 23, 2018. Included in the record were seven mp4 files labeled "SX 66-1" through "SX 66-7" and over two hundred mp4 files labeled "part 27" through "part 231." Because the files marked "part 27" through "part 231" were not properly identified or described with respect to an exhibit offered and admitted at trial, we contacted the court reporter and instructed her to refile those exhibits with proper descriptions. On January 16, 2019, a supplemental reporter's record was filed containing State's Exhibit 66, parts 8 through 231.

In light of this, we **STRIKE** the mp4 files labeled "part 27" through "part 231" filed October 23, 2018.

/s/    BILL PEDERSEN, III
         JUSTICE